

**Signed and Filed: November 14, 2005**

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No: 05-30047 TEC7 |
| RAMIN YEGANEH, | Chapter 7 |
| Debtor. | |

### MEMORANDUM RE DEBTOR'S OPPOSITION TO TRUSTEE'S APPLICATION FOR ORDER AUTHORIZING CONTINUED BUSINESS OPERATIONS

On November 4, 2005, Trustee filed an Ex Parte Application for Order Authorizing Continued Operation of Business Under 11 U.S.C. § 721. Debtor filed opposition to Trustee's Ex Parte Application, complaining that Trustee's fees for operating Debtor's rental property business are excessive.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. The only reasonable alternative to Trustee's operation of Debtor's rental property business is the liquidation of Debtor's rental property. Debtor has not argued that continued operation of Debtor's rental property for a limited period of time is not in the

MEMORANDUM RE DEBTOR'S OPP. TO TRUSTEE'S
APPLICATION FOR ORDER AUTHORIZING
CONTINUED BUSINESS OPERATIONS
-1-

1 best interest of the estate or is inconsistent with the estate's
2 orderly liquidation.  Accordingly, the court overrules Debtor's
3 objection.

**\*\*END OF ORDER\*\***

**MEMORANDUM RE DEBTOR'S OPP. TO TRUSTEE'S
APPLICATION FOR ORDER AUTHORIZING
CONTINUED BUSINESS OPERATIONS**

-2-

1
2                                    **Court Service List**

3  Ramin Yeganeh (Debtor)
   724 E 4th Ave.
4  San Mateo, CA 94401

5  Charles E. Sims (Trustee)
   P.O. Box 1247
6  Sonoma, CA 95476

7  Charles P. Maher, Esq. (Counsel for Trustee)
   Luce, Forward, Hamilton and Scripps
8  121 Spear St. #200
   San Francisco, CA 94105
9
   Julie Glosson, Esq.
10 Office of the U.S. Trustee
   235 Pine Street, Suite 700
11 San Francisco, CA 94104

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-